GAS 245D        (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| William Harrell | ) | Case Number: 2:15CR00027-2 |
| | ) | USM Number: 19614-021 |
| | ) | Whitney Lauren Johnson |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory conditions, <u>Violations 1, 2, 3, 4, 6</u>, of the term of supervision.

■ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 15, 2021 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 13, 2021 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 2, 2021 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 22, 2021 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated the mandatory condition, <u>Violation 5</u>, and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: <u>8781</u>

Defendant's Year of Birth: <u>1981</u>

City and State of Defendant's Residence:

<u>Hortense, Georgia</u>

November 25, 2024
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

November 26, 2024
Date

DEFENDANT: William Harrell
CASE NUMBER: 2:15CR00027-2

Judgment— Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | July 2, 2023 |

| | |
|---|---|
| DEFENDANT: | William Harrell |
| CASE NUMBER: | 2:15CR00027-2 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **6 months**

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the federal correctional institute in Jesup, Georgia, or in the alternative, the next closest facility to the Southern District of Georgia, is recommended. It is further recommended that the defendant be given access to any form of substance abuse treatment available while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL